1  Dean Gazzo Roistacher LLP
2  Mitchell D. Dean, Esq. (SBN 128926)
   Brooke M. Mesner, Esq. (SBN 354265)
3  440 Stevens Avenue, Suite 100
   Solana Beach, CA 92075
4  Telephone: (858) 380-4683
   Facsimile: (858) 492-0486
5  Email: mdean@deangazzo.com
          bmesner@deangazzo.com

6  Attorneys for Defendant
7  City of Colton

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CHASE DEHART, an individual, | Case No. 5:24-cv-02115 KK-DTB |
|---|---|
| Plaintiff, | **JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. Civ. P. 41(a)(1)(A)(ii)** |
| v. | |
| CITY OF COLTON, a public entity and DOE OFFICERS 1-10, | Courtroom: 3<br>Magistrate Judge: Kenly Kiya Kato<br>Magistrate Judge: David T. Bristow |
| Defendants. | Complaint Filed: October 3, 2024<br>Trial Date: None set |

Plaintiff, Chase Dehart, and Defendant, City of Colton (collectively referred to as the "Parties"), through their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly move the Court to dismiss this action, and all claims asserted therein, with prejudice as against all parties.

The Parties have reached a settlement in this matter. Under the terms of their settlement agreement, the Parties have agreed that the above captioned action be dismissed with prejudice, arising out of, or related to, the facts and circumstances alleged in the operative Complaint filed in this action and that the Parties bear their own attorneys' fees and costs of suit.

///

///

Based upon the foregoing, the Parties respectfully request that the Court order this case dismissed with prejudice.

Dated: January 6, 2025                     Kirakosian Law, APC


                                           By:  /s/ *Gregory L. Kirakosian*
                                                Gregory L. Kirakosian
                                                Attorney for Plaintiff, Chase Dehart
                                                Email: greg@kirakosianlaw.com

Dated: January 7, 2025                     Dean Gazzo Roistacher LLP


                                           By:  /s/ *Mitchell D. Dean*
                                                Mitchell D. Dean
                                                Brooke M. Mesner
                                                Attorneys for Defendant
                                                City of Colton
                                                Email: mdean@deangazzo.com
                                                       bmesner@deangazzo.com

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained parties' counsel's authorization to affix their electronic signatures to this document.

Dated: January 7, 2025                     Dean Gazzo Roistacher LLP


                                           By:  /s/ *Mitchell D. Dean*
                                                Mitchell D. Dean
                                                Brooke M. Mesner
                                                Attorneys for Defendant
                                                City of Colton
                                                Email: mdean@deangazzo.com
                                                       bmesner@deangazzo.com