JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE DEHART, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF COLTON, a public entity and DOE OFFICERS 1-10,<br><br>    Defendants. | Case No.  5:24-cv-02115 KK-DTB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. Civ. P. 41(a)(1)(A)(ii)**<br><br>Courtroom:          3<br>Magistrate Judge:  Kenly Kiya Kato<br>Magistrate Judge:  David T. Bristow<br><br>Complaint Filed: October 3, 2024<br>Trial Date: None set |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:**

The Joint Motion to Dismiss this action is **GRANTED**.  Accordingly, this action is **DISMISSED WITH PREJUDICE** in its entirety.  All parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: January 8, 2025 _____

Honorable Kenly Kiya Kato

1

Case No..:  5:24-cv-02115 KK-DTB